THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Steven Beaney, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2008-UP-237
 Submitted April 1, 2008  Filed April 16,
 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER CURIAM: Steven Beaney appeals his guilty plea to assault and
 battery of a high and aggravated nature.  On appeal, Beaney argues the trial
 judge erred by not addressing his request to plead guilty under North
 Carolina v. Alford, 400 U.S. 25, 91 S.Ct. 160 (1970).  Specifically, Beaney
 asserts the trial judge failed to expressly and specifically accept Beaneys
 plea as an Alford plea.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Beaneys appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
ANDERSON,
 SHORT, and THOMAS JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.